1  Peter Eric Martin, State Bar No. 121672
   PETER E. MARTIN, A LAW CORPORATION
2  917 Third Street
   Eureka, CA 95501
3  Telephone: (707) 268-0445
   Facsimile:  (707) 667-0318
4  Email: peter@petermartinlaw.com

5  Attorneys for Plaintiff
   TODD ZEIGLER

6

7  Eugene B. Elliot, State Bar No. 111475
   Michael C. Wenzel, State Bar No. 215388
8  BERTRAND, FOX & ELLIOT
   The Waterfront Building
9  2749 Hyde Street
   San Francisco, California 94109
10 Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
11 Email: mwenzel@bfesf.com

12 Attorneys for Defendants
   REDWOODS COMMUNITY COLLEGE DISTRICT,
13 ABE ALI, BILL STUDT, YOKOTOBI FUSAKO,
   CONSTANCE CARLSON, AMY DAILY and JOE HASH

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ZEIGLER<br><br>    Plaintiff,<br><br>v.<br><br>REDWOODS COMMUNITY COLLEGE DISTRICT, ABE ALI, BILL STUDT, YOKOTOBI FUSAKO, CONSTANCE CARLSON, AMY DAILY, JOE HASH, Does 1 through 10,<br><br>    Defendants. | Case No. CV 11-04849 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING BY INDIVIDUALLY NAMED DEFENDANTS ABE ALI AND BILL STUDT** |

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING
BY INDIVIDUALLY NAMED DEFENDANTS ABE ALI AND BILL STUDT

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1. On August 31, 2011, Plaintiff filed his initial Complaint in this action against Defendants REDWOODS COMMUNITY COLLEGE DISTRICT, ABE ALI, BILL STUDT, YOKOTOBI FUSAKO, CONSTANCE CARLSON, AMY DAILY, JOE HASH in Humboldt County Superior Court.

2. On September 1, 2011, Plaintiff served the Complaint on the REDWOODS COMMUNITY COLLEGE DISTRICT.

3. On or about September 30, 2011 defendant REDWOODS COMMUNITY COLLEGE DISTRICT removed the matter to the United States District Court, Northern District.

4. On October 7, 2011, defendant REDWOODS COMMUNITY COLLEGE DISTRICT filed a Motion to Dismiss the Complaint as to the causes of action brought against it.

5. The Motion to Dismiss has been fully briefed by the parties and is set for hearing on December 19, 2011.

6. Subsequent to the filing of that motion, counsel for the REDWOODS COMMUNITY COLLEGE DISTRICT agreed to accept service of the complaint on behalf of CONSTANCE CARLSON and JOE HASH, the only two individually named defendants still employed by the DISTRICT.

7. Pursuant to that acceptance of service, the responsive pleading of CONSTANCE CARLSON and JOE HASH was due December 7, 2011.

8. On or about November 15, 2011, defendant AMY DAILY was served with the Complaint. DAILY's responsive pleading was due December 6, 2011.

9. On or about November 18, 2011 defendant FUSAKO YOKOTOBI was served with the Complaint. YOKOTOBI's responsive pleading was due December 9, 2011.

10. On December 2, 2011, the parties submitted a stipulation and Order to the Court seeking to extend the time for the above named individual defendants to respond to the complaint until twenty-one days after this Court issues its ruling on the DISTRICT's pending Motion to Dismiss, or as otherwise set forth by the Court in its Order upon the DISTRICT's Motion to Dismiss.

11. On December 5, 2011, the Court issued an Order approving the parties stipulation, and Ordering individual defendants CARLSON, HASH, DAILY and YOKOTOBI to respond to the

complaint twenty-one days after the Court issues its ruling on the DISTRICT's pending Motion to Dismiss, or as otherwise set forth by the Court in its Order upon the DISTRICT's Motion to Dismiss.

12. Subsequent to receipt of this Court's Order, on or about December 8, 2011, defendant ABE ALI was served with the Complaint. ALI's responsive pleading is due December 29, 2011.

13. On or about December 9, 2011 defendant BILL STUDT was served with the Complaint. STUDT's responsive pleading is due December 30, 2011.

14. Individual defendants ALI and STUDT will be represented by counsel for the DISTRICT. Four of the five causes of action contained in the complaint are common to both the DISTRICT and individual defendants. These individual defendants intend to move to dismiss the complaint on similar grounds as those set forth by the DISTRICT in its pending Motion to Dismiss set for hearing on December 19, 2011, and potentially on additional grounds with respect to the cause of action brought solely against them.

15. In the interests of judicial economy, and to avoid piecemeal litigation and multiple repetitive Motions to Dismiss, the parties have, subject to this Court's approval, and as previously stipulated with respect to individual defendants HASH, CARLSON, DAILY and YOKOTOBI, stipulated to extend the responsive pleading deadline on behalf of defendants ALI and STUDT until twenty-one days after this Court issues its ruling on the DISTRICT's pending Motion to Dismiss.

16. This Court issued its ruling granting the DISTRICT's Motion to Dismiss on December 15, 2011. The responsive pleading of individual defendants HASH, CARLSON, DAILY and YOKOTOBI is now January 5, 2011. The parties stipulate and agree that the responsive pleading of defendants ALI and STUDT shall be due January 5, 2011.

Dated: December 19, 2011                    PETER E. MARTIN, A LAW CORPORATION

                                            By:  /s/ *Peter E. Martin*
                                                 Peter E. Martin
                                                 Attorneys for Plaintiff

1 | Dated: December 15, 2011                                       BERTRAND, FOX & ELLIOT

                                                                   By:  /s/ *Michael C. Wenzel*
                                                                        Michael C. Wenzel
                                                                        Attorneys for Defendants

## **ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that Defendants ABE ALI and BILL STUDT shall respond to Plaintiff's Complaint on or before January 5, 2011.

DATED: December 20, 2011                                           _____
                                                                   UNITED STATES DISTRICT JUDGE